| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **McClain Family Cellars, Inc** | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  McClain Cellars** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-4285541** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**16 Technology Drive<br>Suite 111<br>Irvine, CA 92618-2320**<br>Number, Street, City, State & ZIP Code<br><br>**Orange**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**See attached list of locations.**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **https://www.mcclaincellars.com** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor   **McClain Family Cellars, Inc**_____   Case number (*if known*)_____
     Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __3121__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor **McClain Family Cellars, Inc**_____ Case number (*if known*)_____
     Name

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

■  **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☐ 1-49<br>■ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |

| | | | | |
|---|---|---|---|---|
| **15.** | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| | | | | |
|---|---|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **McClain Family Cellars, Inc**_____    Case number (*if known*)_____
          Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   McClain Family Cellars, Inc _____   Case number (if known) _____
         Name

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3-7-2025
             MM / DD / YYYY

X _____     Jason McClain
  Signature of authorized representative of debtor     Printed name

Title   Chief Executive Officer

**18. Signature of attorney**

X _____     Date _____
  Signature of attorney for debtor                     MM / DD / YYYY

Marc C. Forsythe 153854
Printed name

GOE FORSYTHE & HODGES LLP
Firm name

17701 Cowan
Lobby D, Suite 210
Irvine, CA 92614
Number, Street, City, State & ZIP Code

Contact phone  (949) 798-2460    Email address  mforsythe@goeforlaw.com

153854 CA
Bar number and State

# ADDITIONAL ADDRESSES OF DEBTOR

## ORANGE COUNTY

### Wine Tasting Lounge & Patio

849 Laguna Canyon Road
Laguna Beach, CA 92651
Lounge: (949) 590-9980
Email: lagunabeach@mcclaincellars.com

### Wine Tasting Room

381 Forest Avenue, Suite 100D
Laguna Beach, CA 92651
Lounge: (949) 490-5998
Email: lagunabeach-forest@mcclaincellars.com

## SANTA BARBARA

### Wine Tasting Lounge & Patio

1623 Mission Drive, Suite B
Solvang, CA 93463
Lounge: (805) 719-3900
Email: solvang@mcclaincellars.com

### Wine Production Facility:

281/283 Pamela Way, Suite 104-107
Buellton, CA 93427
Winery: (805) 426-4441
Email: buellton@mcclaincellars.com

### Barrel Storage Facility:

2360 Thompson Way, Suite F&G
Santa Maria, CA 93455

# WRITTEN CONSENT OF DIRECTORS OF
## MCCLAIN FAMILY CELLARS, INC., a California corporation.

I, Jason McClain, declare under the penalty of perjury that I am the President and Chief Executive Officer of McClain Family Cellars, Inc., a California corporation (the "Company"), and that the following is a true and correct copy of the resolutions of said Company as a special meeting duly called and held on the 5th day of March 2025.

**WHEREAS**, it is in the best interests of the Company, its creditors, shareholders and other interested parties for the Company to file a voluntary petition for relief, under Chapter 11 of Title 11 United States Code, SubChapter V (the "Bankruptcy Code"); therefore, it is

**RESOLVED**, that the Company be, and hereby is, authorized to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, SubChapter V; and it is

**RESOLVED**, that Jason McClain, the President and Chief Executive Officer of the Company, be and hereby is authorized to:

a.  Execute and verify or certify on behalf of the Company a petition under Chapter 11, Subchapter V, and to cause the same to be filed in the appropriate United States Bankruptcy Court at such time as he shall determine is appropriate; and

b.  Execute and file all petitions, schedules, lists, statements and other papers and to take any and all action that he deems necessary, proper or desirable in connection with the Chapter 11, SubChapter V case for the Company with a view toward the successful completion of the case; and

c.  Take all actions, including, without limitation, the retention of counsel, accountants and such other professional persons on such terms and conditions as may be necessary or appropriate, and to exercise all rights, claims, remedies, privileges, and to perform all duties and obligations, as the Company may have as a debtor under Chapter 11 of the Bankruptcy Code, SubChapter V and related rules, and to execute and deliver all instruments, petitions, agreements, certificates and documents in connection therewith, in the name of and on behalf of the Company, as in his judgment may be necessary or appropriate to carry out the intent and to accomplish the purpose of these resolutions; and it is

**RESOLVED**, that the Company be, and hereby is, authorized to employ Marc C. Forsythe, of the law firm of Goe Forsythe & Hodges LLP, or such other attorney or firm as may be appropriate, to represent the Company as bankruptcy counsel in the Chapter 11, SubChapter V case for the Company.

_____
Jason McClain
President and Chief Executive Officer

_____
Sofia McClain
Assistant Secretary and Vice President

**Fill in this information to identify the case:**

Debtor name: McClain Family Cellars, Inc

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3-7-2025   x /s/ Jason McClain

Jason McClain
Printed name

Chief Executive Officer
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name: **McClain Family Cellars, Inc**
United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bank of America<br>PO BOX 660441<br>Dallas, TX 75266-0441 | | Credit Card | Disputed | | | $59,039.37 |
| Laguna Festival Center, LLC<br>303 Broadway Suite 104-155<br>Laguna Beach, CA 92651 | | Past due Rent | Disputed | | | $57,199.00 |
| Funding Circle<br>IBUSINESS FUNDING USA<br>PO BOX 206536<br>Dallas, TX 75320-6536 | | Loan | Disputed | | | $50,438.85 |
| Encore Glass<br>2925 Cordelia Rd<br>Fairfield, CA 94534 | | Trade Debt | Disputed | | | $47,029.73 |
| Payne & Fears LLP<br>4 Park Plaza, Suite 1100<br>Irvine, CA 92614 | | Attorneys Fees | Disputed | | | $46,195.70 |
| Bank of America<br>P.O. Box 660441<br>Dallas, TX 75266-0441 | | Credit Card | Disputed | | | $41,490.23 |
| Bank of America<br>PO BOX 660441<br>Dallas, TX 75266-0441 | | Credit Card | Disputed | | | $27,866.19 |
| Lafite Cork & Capsule<br>45 Executive Court<br>Napa, CA 94558 | | Trade Debt | Disputed | | | $25,296.39 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Debtor **McClain Family Cellars, Inc**   Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bank of America** PO BOX 660441 Dallas, TX 75266-0441 | | **Credit Card** | **Disputed** | | | $20,518.01 |
| **Franchise Tax Board** Bankruptcy Section MS: A-30 P.O. Box 2952 Sacramento, CA 95812-2952 | | **Taxes** | | | | $14,850.00 |
| **Latham & Watkins LP** P.O. Box 894256 Los Angeles, CA 90189-4256 | | **Attorney Fees** | **Disputed** | | | $13,517.10 |
| **WebBank / Quickbooks Capital** 4315 Pickett Road Saint Joseph, MO 64503 | | **Loan** | **Disputed** | | | $12,957.92 |
| **Yelp, Inc.** P.O. Box 204393 Dallas, TX 75320-4393 | | **Trade Debt** | **Disputed** | | | $9,693.60 |
| **WebBank / Quickbooks Capital** 4316 Pickett Road Saint Joseph, MO 64503 | | **Loan** | **Disputed** | | | $9,502.97 |
| **Irvine Company** 101 Innovation Irvine, CA 92617 | | **Past Due Rent** | **Disputed** | | | $9,114.00 |
| **Capital One** P.O. Box 30285 Salt Lake City, UT 84130-0285 | | **Credit Card** | **Disputed** | | | $8,178.98 |
| **Dan Lord** 602 Sunrise Vista Way Santa Barbara, CA 93109 | | **Past Due Rent** | **Disputed** | | | $6,762.00 |
| **Swift Financial LLC** Post Office Box 5016 Mount Laurel, NJ 05016 | | **Loan** | **Disputed** | | | $5,500.00 |
| **WebBank / Quickbooks Capital** 4316 Pickett Road Saint Joseph, MO 64503 | | **Loan** | **Disputed** | | | $5,000.00 |

Debtor **McClain Family Cellars, Inc**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Richard & Stephanie Ortale Trust**<br>**2520 Professional Way**<br>**c/o Pacific Commercial Realty**<br>**Santa Maria, CA 93455** | | **Past Due Rent** | **Disputed** | | | $4,896.00 |

McClain Family Cellars, Inc
16 Technology Drive
Suite 111
Irvine, CA 92618-2320


Marc C. Forsythe
GOE FORSYTHE & HODGES LLP
17701 Cowan
Lobby D, Suite 210
Irvine, CA 92614


1623 Mission Drive, LLC
1231-B State St
Santa Barbara, CA 93101


Bank of America
P.O. Box 660441
Dallas, TX 75266-0441


Bank of America
PO BOX 660441
Dallas, TX 75266-0441


Blue Shield of California
PO BOX 629032
El Dorado Hills, CA 95762-9032


California Dept. of Fee & Tax Admin
P.O. Box 942879
Sacramento, CA 94279-0001


Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

```
CHTD Company
P.O. Box 2576
Springfield, IL 62708


Civil Rights Department
2218 Kausen Drive
Suite 100
Elk Grove, CA 95759


Costal Vineyard Care
224 East Highway 246 Suite A
Buellton, CA 93427


Dan Lord
602 Sunrise Vista Way
Santa Barbara, CA 93109


Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Encore Glass
2925 Cordelia Rd
Fairfield, CA 94534


First Citizen's Bank
P.O. Box 550599
Jacksonville, FL 32255-0599


Franchise Tax Board Bankruptcy
Section MS: A-30
P.O. Box 2952
Sacramento, CA 95812-2952
```

```
Funding Circle
IBUSINESS FUNDING USA
PO BOX 206536
Dallas, TX 75320-6536


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Irvine Company
101 Innovation
Irvine, CA 92617


Lafite Cork & Capsule
45 Executive Court
Napa, CA 94558


Laguna Festival Center, LLC
303 Broadway
Suite 104-155
Laguna Beach, CA 92651


Lake Michican Credit Union
P.O. Box 2848
Grand Rapids, MO 49501


Latham & Watkins LP
P.O. Box 894256
Los Angeles, CA 90189-4256


Leading Edge Avionics, Inc.
19300 Ike Jones Rd
Santa Ana, CA 92707
```

```
Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110


Lucas & Lewellen Vineyards LP
95 Los Padres Way Ste 1
Buellton, CA 93426


Maria Nello, LLC
P.O. Box 2403
Palm City, FL 34991


Mercedes Benz Financial
P.O. Box 685
Roanoke, TX 76262


Mora Vineyard LLC
224 East Highway 246, Suite A
Buellton, CA 93427


Nikkie Deal
78 Patria
Ladera Ranch, CA 92694


Oak Tree
PO Box 5504
Santa Barbara, CA 93150


Orange County Tax Collector
601 N. Rose Street
P.O. Box 1438
Santa Ana, CA 92702
```

```
Orange County Treasurer
Tax Collector
601 N. Ross Street
Santa Ana, CA 92701


Payne & Fears LLP
4 Park Plaza, Suite 1100
Irvine, CA 92614


Richard & Stephanie Ortale Trust
2520 Professional Way
c/o Pacific Commercial Realty
Santa Maria, CA 93455


San Luis Obispo Tax Collector
1055 Monterey Street
D290
San Luis Obispo, CA 93401


Santa Barbara Treasurer-Tax Collect
105 E. Anapumu Street
Room #109
Santa Barbara, CA 93101


SFW, LLC dba Sanger Family Wines
2078 REBILD DRIVE
c/o Sprague La Group
Solvang, CA 93463


Small Business Association
14925 Kingsport Rd
CESC - COVID EIDL SERVICE CENTER
Monticello, AR 71655


Square Financial Services, Inc. and Bloc
P.O. Box 427069
San Francisco, CA 94142
```

```
State Board of Equalization
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029


Swift Financial LLC
Post Office Box 5016
Mount Laurel, NJ 05016


The Sherwin Wiliams Co.
2225 W. Whispering Winds Dr
Phoenix, AZ 85085


U.S. Small Business Administration
Office of General Counsel
312 North Spring Street, 5th Floor
Los Angeles, CA 90012


ValueEquip, Inc.
2525 Alluvial Ave, Ste 141
Clovis, CA 93611


WebBank / Quickbooks Capital
4315 Pickett Road
Saint Joseph, MO 64503


WebBank / Quickbooks Capital
4316 Pickett Road
Saint Joseph, MO 64503


Yelp, Inc.
P.O. Box 204393
Dallas, TX 75320-4393
```

```
Yelp, Inc.
P.O. Box 204393
Dallas, TX 75320-4393
```